UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUSTINE MORALES,<br>WILLAIM CASTRO, and<br>ALFONSO GARCIA,<br><br>                    Defendants. | 25-CR-17 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an initial conference with the Court on **January 28, 2025, at 2:30 p.m.**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: January 21, 2025
New York, New York

_____
DALE E. HO
United States District Judge