

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 20, 2025

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application **GRANTED.** The status conference as to defendants Justine Morales and Alfonso Garcia shall be adjourned until **July 22, 2025, at 3:00 p.m.** The Court hereby excludes time through July 22, 2025, under the Speedy Trial Act, 18 USC 3161 (h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will allow the parties to continue discussions about possible pretrial resolutions.

Re:    *United States v. Justine Morales, et al.*, 25 Cr. 17 (DEH)

Dear Judge Ho:

The Government respectfully submits this letter in advance of the status conference scheduled for June 24, 2025, in the above-referenced matter.

The Government requests that the status conference be adjourned by approximately 30 days as to defendants Justine Morales and Alfonso Garcia. The Government has been engaged in separate discussions with Morales's and Garcia's respective counsel regarding possible pretrial resolutions of their respective client's cases. Earlier today, the undersigned Assistant United States Attorney separately conferred with Lauren Di Chiara, Esq., counsel for Morales, and with Lisa Scolari, Esq., counsel for Garcia, both of whom consented to the requested adjournment and to an exclusion of time under the Speedy Trial Act through the newly scheduled conference date. Accordingly, in the event that the Court grants the requested adjournment as to Morales and Garcia, the Government moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), for an order excluding time through the newly scheduled conference date on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the requested exclusion will permit the parties to continue their discussions about possible pretrial resolutions in this case.

As to defendant William Castro, the Government understands from discussions with Yusuf El Ashmawy, Esq., counsel for Castro, that Castro intends to enter a plea of guilty to the sole count of the above-referenced Indictment. Accordingly, the Government, with Mr. El Ashmawy's consent, proposes that the Court convert the June 24, 2025 status conference into a change-of-plea proceeding as to Castro.

The status conference previously scheduled for June 24, 2025, at 10:00 a.m. shall be converted into a change-of-plea conference as to defendant William Castro. **SO ORDERED.**

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ___/s/_____
Benjamin M. Burkett
Assistant United States Attorney
Southern District of New York

Dated: June 23, 2025
New York, New York

Dale E. Ho
United States District Court

Counsel of Record (by ECF)