UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUSTINE MORALES,<br>                Defendant. | 25-CR-17-1 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **July 15, 2025**, at **2:30 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: July 11, 2025
       New York, New York

                                                          DALE E. HO
                                            United States District Judge